DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM RUSSELL WALKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2509

[October 12, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312007CF000936A.

William R. Walker, Chipley, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***